# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1431
Lower Tribunal No. 15-14107
_____

**Monica Gascon and Alexis Schloeter,**
Appellants,

vs.

**The Bank of New York Mellon Trust Company, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Wargo, French & Singer, LLP, and Anthony R. Yanez, for appellee.

Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Roman v. Wells Fargo Bank</u>, 143 So. 3d 489, 490 n.1 (Fla. 5th DCA 2014) (affirming final summary judgment in favor of the bank because the mortgage's notice provision required only that the bank mail or deliver the default letter to the borrower's notice address, not that the borrower receive it); <u>Bank of America v. Nash</u>, 200 So. 3d 131, 135 (Fla. 5th DCA 2016) ("The fact that the [default] letter may not have been received is irrelevant.").